**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DEBORAH LAUFER<br>Individually,<br>      Plaintiff(s),<br><br>vs.<br><br>RENA GA LLC<br>a Georgia Corporation,<br>      Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:19-cv-05694-JPB |

### DEFAULT JUDGMENT

This action having come before the Court, Honorable J.P. Boulee, United States District Judge, for consideration of plaintiff's motion for default judgment and motion for attorney's fees, costs, expert fees and litigation expenses; and the defendant Rena GA LLC, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, by order of January 25, 2021, having directed that judgment issue in favor of plaintiff and against the defendant; and the Court having granted plaintiff's motion for attorney's fees, costs, expert fees and litigation expenses, it is hereby

ORDERED AND ADJUDGED, that the plaintiff Deborah Laufer, recover from the defendant Rena GA LLC, an award of attorney's fees in the amount of $7,232.50.

Dated at Atlanta, Georgia this 21st day of April, 2021.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Traci Clements Campbell
      Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
April 21, 2021
James N. Hatten
Clerk of Court

By:  s/Traci Clements Campbell
        Deputy Clerk